UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SOLOMON BLAY,  :
: Civil Action No. 12-1381 (FLW)
Petitioner, :
:
v. : **ORDER**
:
UNITED STATES OF AMERICA, :
:
Respondent. :

THIS MATTER having been opened to the Court by Petitioner Solomon Blay ("Petitioner"), on § 2255 motion; and it appearing that the Government opposes the motion through its counsel, Kathleen Patricia O'Leary, Esq.; and the Court having considered the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

IT IS on this 18th day of March , 2013,

ORDERED that Petitioner's § 2255 motion is DISMISSED; and it is further

ORDERED that no certificate of appealibilty shall issue.

Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge